IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARK G. BYERS and JULIE A. BYERS,<br><br>　　　　Debtors. | Chapter 13<br><br>Case No.: 2:13-BK-07763-DPC<br><br>Adv. No.: 2:13-AP-00933-DPC |
| EAGLE PRODUCE, L.L.C., an Arizona limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARK G. BYERS and JULIE A. BYERS, husband and wife,<br><br>　　　　Defendants. | **FINAL JUDGMENT DECLARING DEBT NOT DISCHARGEABLE** |

Pursuant to the parties' *Stipulation for Entry of Judgment Declaring Judgment Not Dischargeable* (Adversary Docket No. 15), which this Court has approved (Adversary Docket No. 17),

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED** as follows:

1. As of the Petition Date (May 8, 2013), Debtors were indebted to Eagle Produce, L.L.C., in the amount of $291,686.56. This debt does not bear interest.

2. The debt owed by Debtors to Eagle Produce, L.L.C., is not dischargeable and is enforceable against Debtors' community property and Julie A. Byers' separate property, including all such property acquired post-petition.

3. Upon entry of this Judgment, Eagle Produce, L.L.C., may take whatever actions are necessary to perfect a judgment lien under federal or state law, but may not execute on this Judgment except as provided by the parties' *Stipulation for Entry of Judgment Declaring Judgment Not Dischargeable* (Adversary Docket No. 15).

**DATED AND SIGNED AS INDICATED ABOVE.**